| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Smith, Edward G. | 2. Court or Organization U.S. District Court, Eastern District of Pennsylvania | 3. Date of Report 08/01/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Nominee | 5a. Report Type (check appropriate type) ☑ Nomination Date 08/01/2013 ☐ Initial ☐ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 07/31/2013 |

**7. Chambers or Office Address**

Northampton County Courthouse
669 Washington Street
Easton, PA 18042

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Participation in Pennsylvania State Employees Retirement System |
| 2. 1984 | U.S. Navy Retirement Benefit |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Commonwealth of Pennsylvania, judge's salary | $101,074.75 |
| 2. | 2012 | Commonwealth of Pennsylvania, judge's salary | $169,541.00 |
| 3. | 2011 | Commonwealth of Pennsylvania, judge's salary | $163,792.38 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

**FINANCIAL DISCLOSURE REPORT**

Page 3 of 6

Name of Person Reporting

Smith, Edward G.

Date of Report

08/01/2013

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navy Federal Credit Union | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Smith Gas Lease Investors, LP | C | Royalty | K | W | Exempt | | | | |
| 2. | Alger Capital Appreciation Fund | B | Dividend | J | T | | | | | |
| 3. | Comcast Corp stock | A | Dividend | J | T | | | | | |
| 4. | American Funds American High-Income Trust Fund | B | Dividend | K | T | | | | | |
| 5. | American Funds American Mutual Fund | A | Dividend | J | T | | | | | |
| 6. | American Funds EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 7. | American Funds Fundamental Investors | B | Dividend | K | T | | | | | |
| 8. | American Funds New Perspective Funds | A | Dividend | J | T | | | | | |
| 9. | American Funds SMALLCAP World Fund | A | Dividend | J | T | | | | | |
| 10. | Santander stock | A | Dividend | J | T | | | | | |
| 11. | Global X Silver Miners ETF | A | Dividend | J | T | | | | | |
| 12. | Power Shares QQQ Trust | A | Dividend | J | T | | | | | |
| 13. | Southwest Airlines stock | A | Dividend | J | T | | | | | |
| 14. | USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 15. | Northwestern Mutual Whole Life Insurance Policy | A | Dividend | K | T | | | | | |
| 16. | USAA Subscriber Savings Account | A | Distribution | J | T | | | | | |
| 17. | PNC Bank Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT

Page 5 of 6

Name of Person Reporting

Smith, Edward G.

Date of Report

08/01/2013

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Edward G. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 10 | 280 | Notes payable to banks-secured (auto) | | 5 | 330 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 97 | 044 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 18 | 325 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 412 | 300 |
| Real estate owned – see schedule | | 675 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 60 | 000 | | | | |
| Cash value-life insurance | | 17 | 170 | | | | |
| Other assets itemize: | | | | | | | |
| PSERS pension plan | | 901 | 734 | | | | |
| Smith Gas Lease Investors LP | | 50 | 000 | | | | |
| USAA Subscriber Account | | 5 | 940 | Total liabilities | | 435 | 955 |
| | | | | Net Worth | 1 | 381 | 213 |
| Total Assets | 1 | 817 | 168 | Total liabilities and net worth | 1 | 817 | 168 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |